# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DEREZ DARNELL YSAGUIRRE,

Petitioner,

v.

W.L. MONTGOMERY, Warden,

Respondent.

CASE NO. 2:15-CV-08947-MWF (SK)

**JUDGMENT**

Pursuant to the Order Denying Petition and Certificate of Appealability, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: June 28, 2017

HON. MICHAEL W. FITZGERALD
U.S. DISTRICT JUDGE